UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SEAN ERIC DOUGLASS,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:23-cv-3052-TOR<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for a period of disability and disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Acting Commissioner of Social Security for further administrative proceedings. On remand, the Administrative Law Judge will: (1) reassess the medical opinion evidence; (2) as warranted, reevaluate Plaintiff's residual functional capacity; (3) if warranted by the expanded record,

obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; (4) take further action to complete the administrative record resolving the above issues; and (5) issue a new decision.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this  16th  day of  June  2023.

THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
6401 Security Boulevard
Baltimore, MD  21235-6401
Telephone: (206) 615-3735
Fax: (206) 615-2531
justin.l.martin@ssa.gov